IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> For the Use and Benefit of ) <br> GULFSIDE SUPPLY, INC. doing ) <br> Business as Gulf Eagle Supply, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL STATE METALS, INC., ) <br> doing business as ASM Construction ) <br> Co., *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> WOODFOREST NATIONAL ) <br> BANK, *et al.*, ) <br> ) <br> Garnishees. ) | CASE NO. 2:14-MC-3674-WKW <br> [WO] |

## **ORDER**

On May 16, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 113.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)   The Recommendation is ADOPTED;

(2)   The Petition for Attorneys' Fees (Doc. # 106) is GRANTED to the extent that Plaintiff is awarded $771.00 for attorneys' fees; and

(3)     The Petition for Attorneys' Fees (Doc. #106) is DENIED to the extent that the requested fees exceed $771.00.

DONE this 10th day of June, 2016.

/s/ W. Keith Watkins  
CHIEF UNITED STATES DISTRICT JUDGE